IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JUAN ADOLFO ARREDONDO, <br><br> Defendant. | 4:17CR3087 <br><br> ORDER |

The court previously held that the no condition or combination of conditions of release will reasonably assure Defendant's appearance at court proceedings and the safety of the community if Defendant was released. (Filing No. 17). Defendant has an extensive criminal history which includes assaultive behavior and the possession and/or use of knives and firearms; and he has a history of fleeing from law enforcement, using aliases, being a fugitive from justice, failing to appear at court proceedings, and failing to apprise supervising officers of his current address. Based on the facts of record, (Filing No. 12), the court finds Defendant's proposed plan for release to treatment, (Filing No. 38), does not sufficiently ameliorate the risk of his nonappearance at court proceedings and the risk of harm to the public, including others within the same treatment facility, if Defendant is released.

Accordingly,

IT IS ORDERED that Defendant's motion for release to treatment, (Filing No. 38), is denied.

November 9, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge