IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JUAN ADOLFO ARREDONDO,

        Defendant.

4:17-CR-3087

FINAL ORDER OF FORFEITURE

This matter is before the Court upon the government's Motion for Final Order of Forfeiture (filing 67). On February 20, 2018, the Court entered a Preliminary Order of Forfeiture (filing 63) pursuant to 21 U.S.C. § 853, based upon the defendant's plea of guilty to violating 21 U.S.C. §§ 841(a)(1) and (b)(1) and his admission of the forfeiture allegation contained in the indictment (filing 1). By way of the Preliminary Order of Forfeiture, the defendant's interest in $5,453.84 in United States currency was forfeited to the United States. Filing 63.

As directed by the Preliminary Order of Forfeiture, a Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, beginning on February 23, 2018, as required by Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication (filing 66) was filed on April 24, 2018. The Court has been advised by the government that no petitions have been filed, and after reviewing the record, the Court finds that no petitions have been filed. Accordingly,

IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture ([filing 67](filing 67)) is granted.

2. All right, title, and interest in $5,453.84 in United States currency, held by any person or entity, is hereby forever barred and foreclosed.

3. The property described above is forfeited to the government.

4. The government is directed to dispose of the property described above in accordance with law.

Dated this 24nd day of April, 2018.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge